No. 02–9321.  CONN *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 02–9322.  TURNER *v.* ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 02–9328.  ROSSI *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 02–9329.  GODDARD *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 02–9330.  GONZALEZ, AKA JORGE DE HOYOS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–9331.  GONZALEZ-TORRES *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 02–9332.  GUSTAVE *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 02–9336.  MOORE *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 02–9341.  SCHREIBER *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–9345.  KELLY *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 02–9346.  MANTILLA *v.* UNITED STATES ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 02–9347.  LEACHMAN *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 02–9348.  BAZEMORE *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 02–9349.  AVILA *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 02–9357.  BELLE ET AL. *v.* FEDERAL BUREAU OF INVESTIGATION ET AL.  C. A. 6th Cir.  Certiorari denied.